**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2022



| **Hon. Sylvia O. Hinds-Radix**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Martha Nimmer**<br>*Special Assistant Corporation Counsel*<br>Cell: (917) 499-8632 |
|---|---|---|

April 26, 2022

**VIA ECF**
Hon. Gregory H. Woods
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: *D.T. et al. v. N.Y.C. Dep't of Education*, 22-cv-726 (GHW)(JW)

Dear Judge Woods:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiffs seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA") as well as for this action.

    I write to respectfully request a 30-day extension of the May 3, 2022 initial phone conference to June 3, 2022, as Defendant's answer is not due until May 25, 2022. Plaintiff consents to this request. This is the first request for an adjournment of the initial conference. Defendant is hopeful that the parties will be able to settle this matter without further burden on the Court's time.

    Accordingly, Defendant respectfully requests that the initial phone conference be adjourned 30 days to June 3, 2022.

Thank you for considering this request.

Respectfully submitted,

/s/
Martha Nimmer
Special Assistant Corporation Counsel

cc:   Michele Kule-Korgood, Esq. (via ECF)

Defendant's request to adjourn the initial pre-trial conference and associated deadlines is granted.  The initial pre-trial conference is adjourned to June 8, 2022 at 1:00 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.  The deadline for the joint letter and case management plan and proposed scheduling order described in the Court's January 28, 2022 order are adjourned to June 1, 2022.

SO ORDERED.

Dated:  April 26, 2022
New York, New York

GREGORY H. WOODS
United States District Judge